# State of New York
# Court of Appeals

This memorandum is uncorrected and subject to revision before publication in the New York Reports.

No. 15
The Moore Charitable Foundation,
et al.,
     Appellants,
   v.
PJT Partners, Inc., et al.,
     Respondents,
et al.,
     Defendant.

Stephen Shackelford, Jr., for appellants.
Aidan Synnott, for respondents.

Reargument ordered for a future Court session. Judges Rivera, Garcia, Wilson, Singas, Cannataro and Troutman concur. Chief Judge DiFiore took no part.

Decided February 15, 2022